# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | INDICTMENT |
| DUKE HERBERT JR., aka "DJ," | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(B) |
| | 21 U.S.C. § 841(b)(1)(C) |
| Defendant. | 21 U.S.C. § 846 |

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Distribution of Fentanyl)

On or about March 5, 2024, in the Southern District of Ohio, the defendant, **DUKE HERBERT JR.**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

### COUNT TWO
(Distribution of Fentanyl)

On or about March 7, 2024, in the Southern District of Ohio, the defendant, **DUKE HERBERT JR.**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT THREE
(Conspiracy to Distribute Fentanyl)

On or about March 14, 2024, in the Southern District of Ohio, the defendant, **DUKE HERBERT JR.**, did knowingly and intentionally combine, conspire, confederate and agree with other individuals, both known and unknown to the Grand Jury, to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C).**

## COUNT FOUR
(Distribution of Fentanyl Analogue)

On or about March 22, 2024, in the Southern District of Ohio, the defendant, **DUKE HERBERT JR.**, did knowingly and intentionally distribute 10 grams or more of a mixture and substance containing a detectable amount of acetyl fentanyl, an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi).**

A TRUE BILL.

*s/Foreperson*

FOREPERSON

**KELLY A. NORRIS**
**Acting United States Attorney**

**NICOLE PAKIZ (0096242)**
**Assistant United States Attorney**

**ELIZABETH GERAGHTY (0072275)**
**Assistant United States Attorney**